**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

CARLOS JOSE RAMIREZ-PEREZ,
Petitioner,
v.
FERETI SEMAIA, et al.,
Respondents.

Case No. 5:26-cv-04499-ACCV

**JUDGMENT**

IT IS ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is granted and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in the Court's August 20, 2026, Order Granting Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

DATED: August 24, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge